FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 1 6 2026

ERIK PALTROW
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**PAUL H. ALEJO,**<br><br>Defendant. | CRIMINAL NO. 26-3311 MLG<br><br>Counts 1: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii): Possession with Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine;<br><br>Count 2: 18 U.S.C. § 924(c)(1)(A)(i): Using and Carrying a Firearm During and in Relation to a Drug Trafficking Crime, and Possessing a Firearm in Furtherance of Such Crime;<br><br>Count 3: 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition. |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about January 8, 2026, in Santa Fe County, in the District of New Mexico, and elsewhere, the defendant, **PAUL H. ALEJO**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

## Count 2

On or about January 8, 2026, in Santa Fe County, in the District of New Mexico, the defendant, **PAUL H. ALEJO**, during and in relation to a drug trafficking crime for which the

defendant may be prosecuted in a court of the United States, specifically, possession with intent to distribute methamphetamine as charged in Count 1 of this indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed said firearm.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

Count 3

On or about January 8, 2026, in Santa Fe County, in the District of New Mexico, the defendant, **PAUL H. ALEJO**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically, attempt to commit aggravated assault upon a peace officer, knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **PAUL H. ALEJO**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. a silver and black FÉG Hungary PA-63 semi-automatic pistol with silver magazine, serial number AH3608,

b. approximately six rounds of .380 caliber ammunition,

c. a black Glock 43X x 9 mm semi-automatic pistol with black magazine, serial number CBWM352; and

d. approximately seven rounds of 9 mm caliber ammunition.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney